P.O. BOX 12308, CAPITOL STATION
AUSTIN, TEXAS 78711



OFFICIAL BUSINESS
STATE OF TEXAS
PENALTY FOR
PRIVATE USE

PRESORTED
FIRST CLASS



U.S. POSTAGE >> PITNEY BOWES

ZIP 78701 $ 000.41¢
02 1W
0001401603 DEC 10 2015

RE: WR-82,255-01

ORAN PERRYMAN
HODGE UNIT - TDC # 1861368
P.O. BOX 999
RUSK, TX 75785

44   JQT-53B 75785
      78711@2308

NSN